# MISCELLANEOUS SUPREME COURT DISPOSITION

## BALLOT TITLE CERTIFIED

### February 1, 2018

Unger et al v. Rosenblum (S065517/18). Petitioners' argument that the Attorney General's certified ballot title for Initiative Petition No. 36 (2018) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.